JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEWARD WAYNE SNEED,<br>Plaintiff,<br>v.<br>DR. DE LEON,<br>Defendant. | No. ED CV 25-1101-HDV(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: 10/21/26

HERNAN D. VERA
UNITED STATES DISTRICT JUDGE